## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

APR 25 2023 PM2:43
FILED-USDC-CT-HARTFORD

Alicea, Maria ,
Plaintiff(s),
(Full name(s); Do not use *et al.*)

v. "State
Marshalls" Russ Street
(John Does)
Office Manager - Joe Doe

Case No. _____
(To be supplied
by the court)

Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity,
or official and individual capacitites) (Do not use *et al.*)

### A. PARTIES

1. Maria Alicea is a citizen of Connecticut who
(Plaintiff)         (State)
presently resides at 400 Cold Spring Road D203 Rocky Hill CT
(mailing address)                        06067

2. Defendant State Marshalls Russ is a citizen of Connecticut
(name of first defendant) Street      (State)
whose address is 39? Russ Street Hartford, CT ,

and who is employed as Marshalls .
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __X__ Yes ____No.  If your answer is "Yes," briefly explain:

They are State Marshalls who lost a civil suit on Curaleaf that Milford Judge approved for service & had approved fee waiver

3.  Defendant __Marshall John Doe (latino)__ is a citizen of __Connecticut__       (name of second defendant)                                    (State)

whose address is __39 Russ St Hartford CT__

and who is employed as __State Marshall__.
                    (title and place of employment)

4.  Defendant → office manager (latino male)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? __X__ Yes ____No.  If your answer is "Yes," briefly explain:

Office Manager manages all papers to be served - he is a male latino secretary like. He had no answer for where it went.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES."  Be sure to include each defendant's complete address and title.)


## B.  JURISDICTION

1.  Jurisdiction is asserted pursuant to (CHECK ONE)

__✓__          42 U.S.C. § 1983 (applies to state defendants)

_____      ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal defendants)

2.  Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3).  (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

2

**C. NATURE OF THE CASE**

**BRIEFLY** state the background of your case. On 12-7-2022 I served a complaint on Curaleaf, I had the wrong address for service & Marshall Madison Beggs of NH sent it back to me since the corporate office for Curaleaf is in Hartford. I phoned a marshall of 39 Russ St over the phone told him I was approved for fee waivers etc and needed to be served by Jan 30 2023, Long story short – I left my civil suit with State Marshalls as told too – wait a month to receive word from court & never did.

**D. CAUSE OF ACTION**

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** 6th Amendment

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

basically Lost my fee waivered Lawsuit & had no cares to find it, I believe they threw it out & treated it as garbage & irrelevant. I went & spoke to both the male latino office Manager thats worked their for years – he said he couldn't recall. The male tall latino pale officer straight didn't care about it being lost. The firms had milford court Judge approve waivers and Marshalls at 39 Russ Street treated my suit irrelevant making it lose time to serve or for plaintiff to request court service ext. They both showed lack of care of my lawsuit & its <u>GONE</u> !missing

**Claim II:** 4th Amendment

**Supporting Facts:** The whereabouts with my private information on where I go for mental health and medication is on those forms. A detailed event on ill treatment at The Curaleaf Milford with HippA information is somewhere, Marshalls at Russ Street belittled lost, rid, I am not sure if it was shredded but my entire lawsuit w/ Fee waiver, address, income & health conditions is on those legal documents.

**Claim III:**

**Supporting Facts:**

## E. REQUEST FOR RELIEF

I request the following relief:

Suspension without pay. Find my lawsuit, financial compensation for depriving the plaintiff from privacy, hippa rights, 4th & 6th Amendment Rights

## F. JURY DEMAND

Do you wish to have a jury trial?  Yes _____          No ✓_____

_____       _____
Original signature of attorney (if any)       **Plaintiff's Original Signature**

_____       Maria M. Alicea
Printed Name_____       Printed Name

                                        400 Cold Spring Road D203
_____       Rocky Hill, CT 06067
                                        475449-8140
( )_____       _____
Attorney's full address and telephone       Plaintiff's full address and telephone

                                        mercedesalicea @ outlook.com
_____       _____
Email address if available       Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

        The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Hartford                    on  4/25/2023
                (location)                        (date)
_____
                                Plaintiff's Original Signature

(Rev. 3/21/16)